No. 92–7920. STALLINGS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–8038. TAVAKOLI-NOURI v. CENTRAL INTELLIGENCE AGENCY. C. A. D. C. Cir. Certiorari denied.

No. 92–8188. MCNEIL v. SAFFLE, REGIONAL DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8201. JOHNSON v. GRATERFORD STATE CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 92–8202. FLIEGER v. BOSLEY. C. A. 8th Cir. Certiorari denied.

No. 92–8208. COCHRAN v. BERGER ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8209. COLE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–8214. SCOTT ET UX. v. O'GRADY ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8215. WAKEFIELD v. SAMUELS ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8227. VAN WAGNER v. STAMBAUGH ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8237. LUCIEN v. PETERS, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8239. RYMAN v. GALLEY, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–8241. MAYBERRY v. HANNIGAN, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–8242. MARKHAM v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 92–8255. MUHAMMAD v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.